GARY M. RESTAINO
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 5 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-23-1274-PHX-DLR (MTM) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) (Dealing Firearms without a License) Count 1 |
| 1.  Kelvin Millan-Lopez, and (Counts 1–8) | | |
| 2.  Sean Redlon, Jr., (Counts 5–8) | | 18 U.S.C. §§ 922(o) and 924(a)(2) (Possession or Transfer of a Machinegun) Counts 2 – 5 |
| Defendants. | | |

21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute Fentanyl)
Count 6

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
(Possession with Intent to Distribute Fentanyl)
Count 7

18 U.S.C. § 924(c)(1)(A)
(Possession, Use, and Carrying of a Firearm During a Drug Trafficking Crime)
Count 8

18 U.S.C. §§ 924(d) and 981;
21 U.S.C. §§ 853 and 881; and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNT 1

On or between March 11, 2023 and August 8, 2023, in the District of Arizona, Defendant KELVIN MILLAN-LOPEZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 2

On or about July 13, 2023, in the District of Arizona, Defendant KELVIN MILLAN-LOPEZ did knowingly possess and transfer a machinegun, that is, a part commonly known as a "Glock switch," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3

On or about July 21, 2023, in the District of Arizona, Defendant KELVIN MILLAN-LOPEZ did knowingly possess and transfer a machinegun, that is, a part commonly known as a "Glock switch," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 4

On or about July 31, 2023, in the District of Arizona, Defendant KELVIN MILLAN-LOPEZ did knowingly possess a machinegun, that is, a part commonly known as a "Glock switch" and "Auto-sear," which are designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 5

On or about August 8, 2023, in the District of Arizona, Defendants KELVIN

MILLAN-LOPEZ and SEAN REDLON, JR. did knowingly possess a machinegun, that is, a part commonly known as a "Glock switch" and "Auto-sear," which are designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT 6

Beginning on or about July 26, 2023 to on or about August 8, 2023, in the District of Arizona, Defendants KELVIN MILLAN-LOPEZ and SEAN REDLON, JR. did knowingly and intentionally combine, conspire, confederate and agree with each other and persons known and unknown to the grand jury, to possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], propenamide (commonly known as fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

### COUNT 7

On or about August 8, 2023, in the District of Arizona, Defendants KELVIN MILLAN-LOPEZ and SEAN REDLON, JR. did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], propenamide (commonly known as fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 8

On or about August 8, 2023, in the District of Arizona, Defendants KELVIN MILLAN-LOPEZ and SEAN REDLON, JR. did knowingly use and carry a firearm during and in relation to a drug trafficking offense, and did knowingly possess a firearm in furtherance of a drug trafficking offense, that is, Conspiracy to Possess with Intent to Distribute Fentanyl, as alleged in Count 6, and Possession with Intent to Distribute Fentanyl, as alleged in Count 7, a felony prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A).

- 3 -

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 8 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 through 8 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//
//
//
//
//
//
//
//

- 4 -

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date:  September 5, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
PATRICK E. CHAPMAN
Assistant U.S. Attorney

- 5 -